

# THE STATE OF TEXAS
## MANDATE

TO THE 102ND DISTRICT COURT OF BOWIE COUNTY, GREETINGS:

Before the Court of Appeals for the Sixth Court of Appeals District of Texas, on the 1st day of October, A.D. 2014, the cause upon appeal to revise or reverse your Judgment was determined; and therein our said Court made its order in these words:

Larry Paul Hollaway, a/k/a Larry Paul Holloway, Appellant

v.

The State of Texas, Appellee

No. 06-13-00255-CR

Trial Court No. 13-F0144-102

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect conviction of second degree felony aggravated assault, remand the case to the trial court for a new punishment hearing commensurate with the reduced degree of the crime of conviction, and otherwise affirm the trial court's judgment.

We further order that the appellant and appellee shall each pay one half of all costs of appeal.

WHEREFORE, WE COMMAND YOU to observe the order of our said Court in this behalf, and in all things to have it duly recognized, obeyed, and executed.

WITNESS, the Hon. Josh R. Morriss, III, Chief Justice of our said Court of Appeals, with the seal thereof annexed, at the City of Texarkana, this the 28th day of January, A.D. 2015.

DEBRA K. AUTREY, Clerk